# Order

Michigan Supreme Court
Lansing, Michigan

October 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146357 & (66)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                SC: 146357
                                COA: 300460
                                Grand Traverse CC:
                                10-011026-FC

ALAN STARR TROWBRIDGE,
      Defendant-Appellant.

_____/

      By order of May 22, 2013, the application for leave to appeal the September 25, 2012 judgment of the Court of Appeals was held in abeyance pending the decision in *Burt v Titlow*, cert gtd 571 US ___; 133 S Ct 1457; 185 L Ed 2d 360 (2013). On order of the Court, the case having been decided on November 5, 2013, 571 US ___; 134 S Ct 10; 187 L Ed 2d 348 (2013), the application is again considered. We DIRECT the Grand Traverse County Prosecuting Attorney to answer the application for leave to appeal within 28 days of the date of this order. The prosecutor shall specifically address whether the Court of Appeals correctly resolved the defendant's ineffective assistance of counsel claim in light of *People v Douglas*, 496 Mich 557 (2014).

      The application for leave to appeal and the motion to expand the record remain pending.



s0930

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2014



Clerk